UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ESTATE OF MARIANO VARGAS, et al.,

        Plaintiff,

vs.

TULARE COUNTY SHERIFFS DEPT.,

        Defendant.
_____/

NO. CV-F-03-6490 OWW SMS

**ORDER OF DISMISSAL**

    The Court having previously been advised that a settlement had been reached in this matter, and the parties having failed to file the requested stipulated dismissal as requested;

    IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   March 15, 2006**            **/s/ Oliver W. Wanger**
emm0d6            UNITED STATES DISTRICT JUDGE