

FILED

OCT 31 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MARIANO SERVIN VARGAS;  RITA ARSIGA GONZALES, an individual; JONATHAN ARSIGA VARGAS, a minor, by and through his Guardian Ad Litem, RITA ARSIGA GONZALES; MARIANA ARSIGA VARGAS, a minor, by and through her Guardian Ad Litem, RITA ARSIGA GONZALES; PEDRO CARGAS AVILA, an individual; ROSA SERVIN RODRIGUEZ, an individual,  Plaintiffs,  v.  TULARE COUNTY SHERIFF'S DEPARTMENT; TULARE COUNTY; DEPUTY MAX VASQUEZ, an individual; TULARE COUNTY SHERIFF BILL WITTMAN, an individual, et al.,  Defendants. | 1:03-cv-6490 OWW SMS  ORDER APPROVING MINORS' COMPROMISE |

Plaintiff Rita Arsiga Gonzales, parent of the minors Jonathan Arsiga Vargas and Mariana Vargas, has filed with the Court an Order of the Superior Court of California, County of Tulare, Approving a Minors' Compromise in this case.

Under the provisions of Eastern District of California Local

1  Rule 17-202(b)(1) the Court has reviewed the Order Approving the
2  Minors' Compromise in State Court and finds that the settlement
3  is fair, just and equitable to the minors and that they are fully
4  protected pursuant to its terms.
5      Accordingly, the settlement on behalf of the minors with the
6  County of Tulare in the gross amount of $40,000, after payment of
7  attorney's fees of $10,000, payment to Tulare Mental Health for
8  $549.00, and reimbursement to attorneys for Plaintiffs of costs
9  advanced of $5,311.10, shall be deposited in blocked accounts for
10 the benefit of said minors in accordance with the Order of the
11 Superior Court of California, County of Tulare, in Case Number
12 06-42788.

14 SO ORDERED.

16 DATED: October 30, 2006.

_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

2